UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YI MEI KI, *on behalf of themselves and others similarly situated*,

    Plaintiff,

-against-

J R SUSHI 2 INC. *d/b/a* JR SUSHI 2, et al.,

    Defendants.

19-CV-7332 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    It appearing to the Court that no action has taken place in this case since September 9, 2019, when plaintiff filed an affidavit of service of the summons and complaint on defendants (Dkt. Nos. 8-11), it is hereby ORDERED that, no later than **January 6, 2020**, plaintiff shall file a status letter updating the Court on the present status of the case, including whether he intends to move for a default judgment.

    Failure to comply with the above order may result in the case being dismissed by the Court for failure to prosecute pursuant to Rule 41(b).

    The Clerk of Court is respectfully directed to mail a copy of this Order to (1) J R Sushi 2 Inc., 86 A West Broadway, New York NY 10007; (2) Yukwah Kwok Cheng, 86 A West Broadway, New York NY 10007; (3) Kai Tuan Wang, 86 A West Broadway, New York NY 10007; and (4) Xin Wang, 86 A West Broadway, New York NY 10007.

Dated: New York, New York
       December 19, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/19