# TROY LAW, PLLC
**ATTORNEYS/COUNSELORS AT LAW**
Tel: 718.762.1324   johntroy@troypllc.com   Fax: 718.762
41-25 Kissena Blvd., Suite 103, Flushing, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/7/20__

May 06, 2020

*Via* ECF
Hon. Barbara Moses, U.S.M.J
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

**Re:   Plaintiff's Letter Requesting for Extension of Time to Submit Pre-Conference Statement**
1:19-cv-07332-PAE-BCM *Ke v. J R Sushi 2 Inc et al*

Your Honor,

This office represents the Plaintiff's in the above-referenced matter. We write respectfully to request extension of time until May 07, 2020, to file joint pre- conference statement which is currently due on May 6, 2020. The requested extension will not effect any other deadlines.

On April 15, 2020, Your Honor scheduled Initial case management conference for May 13, 2020 at 11:00 a.m and Ordered parties to jointly submit a pre-conference statement by May 06, 2020. Accordingly, on May 04, 2020, Plaintiff's sent his pre-conference statement to both Defense Counsel, Benjamin B. Xue and Yi Lin. Upon, following up today Defense Counsel Mr. Xue promptly responded with revised pre-conference statement. However, as of filing of this letter, Plaintiff's counsel has still not received any response from Defense counsel Mr. Lin. The undersigned office emailed and called the defense counsel, but no one has responded to the email nor the call.  As such, Plaintiffs would like to wait until tomorrow May 07, 2020, before filing Plaintiff's and Defense Counsel Mr. Xue's Pre-Conference Statement.

For the foregoing reasons, Plaintiff requests to extend time until May 07, 2020 to submit the pre-conference statement should be granted.

We thank the court for its continued attention to this matter.

Respectfully submitted,
TROY LAW, PLLC

s / John Troy
*Attorney for Plaintiff*

cc: *Via* ECF All Counsel of Record

JT/sm

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
May 7, 2020