

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YI MEI KE,

        Plaintiff,

-against-

J R SUSHI 2 INC, et al.

        Defendants.

1:19-CV-07332 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    If the Famous Sichuan Defendants wish to withdraw their motion for summary judgment (Dkt. No. 74) without prejudice to renewal after the close of discovery, they shall so request in writing, no later than **January 27, 2021**.

Dated:  New York, New York
         January 22, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**