

**XUE & ASSOCIATES, P.C.**
1 SCHOOL STREET, SUITE 303A
GLEN COVE, NY 11542
PHONE: (516) 595-8887
FACSIMILE: (212) 219-2276

BENJAMIN B. XUE                                                                                                   MICHAEL S. ROMERO
MEMBER OF NY & NJ BARS                                                                                    MEMBER OF NY BAR

## MEMO ENDORSED

January 27, 2021

**Via ECF**
Hon. Barbara Moses U.S.M.J
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

> Application GRANTED. The Famous Sichuan Defendants' motion for summary judgment is deemed WITHDRAWN, without prejudice to renewal after the close of discovery. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 74. SO ORDERED.
>
> Barbara Moses, U.S.M.J.
> January 28, 2021

   Re:   Ke v. J.R. Sushi 2 Inc. et al.
         Case No: 1:19-cv-07332

Dear Judge Moses:

This office represents Defendants Famous Sichuan New York Inc. ("Famous Sichuan"), Ruifeng Yang, and Zi Wang (collectively "Famous Sichuan Defendants") in the above captioned action.

On or January 22, 2021. Your Honor indicated that the Court would only allow Famous Sichuan Defendants to move for summary judgment once. Though Famous Sichuan Defendants believe Plaintiff has not properly made a claim against Famous Sichuan Defendants. We hereby withdraw the Motion without prejudice to renew after the close of discovery.

Thank you for your time and consideration in this matter.

Respectfully submitted,

/Benjamin B. Xue/

Benjamin B. Xue