UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YI MEI KE, *on behalf of herself and others similarly situated*,

                          Plaintiff,

-v-

JR SUSHI 2 INC., et al.,

                          Defendants.

19 Civ. 7332 (PAE) (BCM)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court has received an objection from defendants to the Magistrate Judge's decision granting plaintiff conditional certification of her Fair Labor Standards Act ("FLSA") claim as a collective action under 29 U.S.C. § 216(b).  The Court directs plaintiff to submit a response by Monday, February 8, 2021.  The Court does not invite any reply at this time.

       SO ORDERED.

                                                *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: February 1, 2021
           New York, New York