

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YI MEI KE,

        Plaintiff,

-against-

J R SUSHI 2 INC, et al.

        Defendants.

19-CV-07332 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed three letter-motions, all dated February 4, 2021: (1) the Famous Sichuan Defendants' letter-motion (Dkt. No. 102) requesting an open-ended extension to provide plaintiff with the "employee information spreadsheet" required by my Order dated January 15, 2021 (January 15 Order) (Dkt. No. 95), until 10 days after Judge Engelmayer rules on their objection to the January 15 Order; (2) the JR Sushi Defendants' letter-motion (Dkt. No. 103) requesting an extension of "14 days from the date this request is ruled on" to produce their spreadsheet; and (3) plaintiff's letter-motion to compel the timely production of the spreadsheets or, should the Court grant any extension, "to toll the limitations period for the opt-in plaintiffs during the whole extended period." (Dkt. No. 104.)

    The motions filed by the Famous Sichuan Defendants and the JR Sushi Defendants are **GRANTED IN PART**. The deadline to provide plaintiff with the information required by the January 15 Order is hereby **EXTENDED** to **February 12, 2021**. Plaintiff's motion to toll the limitations period is **DENIED** without prejudice to a later application on behalf of opt-in plaintiffs, if any.

    The Clerk of Court is respectfully directed to close the letter-motions at Dkt. Nos. 102, 103, and 104.

Dated: New York, New York
       February 5, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**