USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YI MEI KE,

                Plaintiff,

-against-

J R SUSHI 2 INC, et al.

                Defendants.

19-CV-7332 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed (1) the letter-motion filed by defendants Famous Sichuan New York Inc., Ruifeng Yang, and Zi Wang, dated May 4, 2021 (Dkt. No. 129), requesting a pre-motion conference in connection with their anticipated summary judgment motion seeking to dismiss plaintiff's claims against defendant Zi Wang with prejudice, (2) the letter-motion filed by defendants J R Sushi 2 Inc., Kai Tuan Wang, and Xin Wang, dated May 4, 2021 (Dkt. No. 130), requesting a pre-motion conference in connection with their anticipated summary judgment motion seeking to dismiss plaintiff's claims against defendant Xin Wang with prejudice, and (3) plaintiff's letter dated May 6, 2021 (Dkt. No. 131), conceding that both Zi Wang and Xin Wang should be "dropped," but "without prejudice" pursuant to Fed. R. Civ. P. 41(a)(2).

The Court will conduct a telephonic conference as to the parties' dispute on **May 20, 2021, at 10:00 a.m.** At that time, the parties are directed to call (888) 557-8511 and enter the access code 7746387. Any request to reschedule the conference for the convenience of counsel shall be made promptly by letter-application.

Dated:  New York, New York
       May 12, 2021

SO ORDERED.

_____

**BARBARA MOSES**
**United States Magistrate Judge**