USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2025

**XUE & ASSOCIATES, P.C.**
1 School Street, Suite 303A
Glen Cove, NY 11542
PHONE: (516) 595-8887
FACSIMILE: (212) 219-2276

BENJAMIN B. XUE
MEMBER OF NY & NJ BARS

MICHAEL S. ROMERO
MEMBER OF NY BAR

# MEMO ENDORSED

April 2, 2025

*Via ECF*
Honorable Barbara Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

> Application GRANTED. The conference scheduled for April 17, 2025 is ADJOURNED to **May 14, 2025 at 12:00 p.m.** in Courtroom 20A of the Daniel Patrick Moynihan Courthouse. Plaintiff's brief is due **April 30, 2025**. Defendants' brief is due **May 7, 2025**. SO ORDERED.
>
> _____ 4/3/2025
> Barbara Moses, U.S.M.J.

RE: **Ke v. J R Sushi 2 Inc et al**
     **Case No.: 1:19-cv-07332-PAE-BCM**
     **Adjournment Request**

Dear Judge Moses:

This office represents Defendants Famous Sichuan New York Inc. and Ruifeng Yang (collectively "Famous Sichuan Defendants") in the above-referenced matter. Famous Sichuan Defendants respectfully request that the conference, scheduled for April 17, 2025, be adjourned due to a scheduling conflict. The undersigned is scheduled to appear for oral argument on an order to show cause before Hon. Nicholas W. Moyne in the New York County Supreme Court on the same day, at around the same time. The only other attorney at this firm, Mr. Michael Romero, is travelling internationally from April 6 – April 21 and will not be available.

Famous Sichuan Defendants also respectfully request that the briefing schedule as set forth in the order dated March 26, 2025, also be adjourned accordingly, with Plaintiff's brief due 2 weeks prior to the new conference date, and Defendants' briefs due 1 week prior to the new conference date. This is the first respect for such an adjournment, and all other parties have

consented. As per Your Honor's individual rules, the parties have conferred and propose the following dates that work for all parties: May 14, 2025, May 23, 2025, or June 9, 2025.

I thank Your Honor for your attention in this matter.

                                                                                                     Respectfully submitted,

                                                                                                      <u>/s/ Benjamin B. Xue</u>

                                                                                                      Benjamin B. Xue