UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YI MEI KE,

                          Plaintiff,

-v-

JR SUSHI 2 INC., *et al.*,

                          Defendants.

19 Civ. 7332 (PAE) (BCM)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court intends to promptly set a trial date in this case. It will hold an in-person pre-trial conference on Monday, August 11, 2025, at 10 a.m., in Courtroom 1305 of the Thurgood Marshall United States Courthouse. The Court expects counsel for both parties to come prepared to discuss any and all issues germane to the scheduling of trial.

SO ORDERED.

*[signature]*

Paul A. Engelmayer
United States District Judge

Dated: July 16, 2025
       New York, New York