**XUE & ASSOCIATES, P.C.**
1 School Street, Suite 303A
Glen Cove, NY 11542
PHONE: (516) 595-8887
FACSIMILE: (212) 219-2276

BENJAMIN B. XUE
MEMBER OF NY & NJ BARS

MICHAEL S. ROMERO
MEMBER OF NY BAR

July 21, 2025

*Via ECF*
Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    RE: **Ke v. J R Sushi 2 Inc et al**
       **Case No.: 1:19-cv-07332-PAE-BCM**
       **Adjournment Request**

Dear Judge Engelmayer:

  This office represents Defendants J R Sushi 2 Inc., Famous Sichuan New York Inc., Ruifeng Yang, and Kai Tuan Wang (collectively "Defendants") in the above-referenced matter. The undersigned is trial counsel for Defendants. Defendants respectfully request that the pre trial conference scheduled for August 11, 2025, be adjourned, as I am currently travelling internationally and will not return until the week of August 18, 2025. This is the first request for such an adjournment, and Plaintiff has consented. The parties have conferred and propose the following adjournment dates work for all parties: August 28, 2025 (before 2:00 pm), August 29, 2025 (after 12:00pm), September 5, 2025, or September 10, 2025.

  I thank Your Honor for your attention in this matter.

                    Respectfully submitted,

                    /s/ Benjamin B. Xue

                    Benjamin B. Xue

GRANTED. The Court adjourns the in-person conference scheduled for August 11, 2025 to September 5, 2025, at 10 a.m.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: July 23, 2025
New York, New York