UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YI MEI KE,

                        Plaintiff,

    -v-

J R SUSHI 2 INC., *et al.*,

                        Defendants.

19 Civ. 7332 (PAE) (BCM)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As discussed during yesterday's pretrial conference, the Court hereby schedules the jury trial in this case to begin on Tuesday, October 28, 2025 at 9:00 a.m. The Court expects counsel to ensure that their clients and all witnesses are available from 9:00 a.m. to 5:00 p.m., from the first trial day through October 30, 2025. Counsel should be prepared to attend a charge conference in the evening of the first trial day.

In anticipation of trial, by October 21, 2025, counsel will send to the Court:

- For *voir dire*, a joint list of names (excluding counsel, their interpreters, and their clients) and places that are likely to arise during trial.

- Joint stipulations that the parties intend to offer at trial, including, but not limited to, those regarding: (1) J R Sushi 2, Inc.'s status as a covered employer under the Fair Labor Standards Act from 2016 through 2019; and (2) translations of exhibits. (For avoidance of doubt, the September 12, 2025 deadline for certain materials related to stipulations remains in effect. *See* Dkt. 185.)

By October 23, 2025, for purposes of *voir dire*, counsel for each side will send to the Court the names of all counsel, interpreters and other legal support staff, and clients who will sit at counsel table during trial.

Counsel will coordinate with the Court's Deputy, A.J. Smallman, to arrange a time before October 28, 2025 to become familiar with the projector and other technology in Courtroom 1305.

To the extent that any other trial-related issues arise, the parties shall confer promptly and, if no resolution is reached, notify the Court forthwith.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 12, 2025
　　　　New York, New York