UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YI MEI KE,
   *a/k/a* YIMEI KE,

                      Plaintiff,

-v-

JR SUSHI 2 INC,
   *d/b/a* JR SUSHI 2,
FAMOUS SICHUAN NEW YORK INC,
   *d/b/a* FAMOUS SICHUAN,
KAI TUAN WANG, *and*
RUI YANG,
   *a/k/a* RUIFENG YANG,
   *a/k/a* RUI FENG YANG,

                      Defendants.

19 Civ. 7332 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Yesterday, after the jury returned a verdict in this case, counsel for both sides stated that they intended to file post-trial motions. This Order sets the following briefing schedule for any such motions:

- Opening briefs are due November 26, 2025;
- Oppositions are due January 7, 2026; and
- Replies, if any, are due January 26, 2026.

SO ORDERED.

                                      *Paul A. Engelmayer*
                                      PAUL A. ENGELMAYER
                                      United States District Judge

Dated: October 30, 2025
       New York, New York