UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
YI MEI KE
    a/k/a Yimei Ke,
*individually and on behalf of others similarly situated,*
                                                Plaintiff,

v.

JR SUSHI 2 INC
    d/b/a JR Sushi 2,
FAMOUS SICHUAN NEW YORK INC
    d/b/a Famous Sichuan,
YUKWAH KWOK CHENG,
KAI TUAN WANG,
RUI YANG
    a/k/a Ruifeng Yang
    a/k/a Rui Feng Yang
    a/k/a Jane Doe, and
HENRY ZHANG,
                                                Defendants.
------------------------------------------------------------------x

Case No. 19-cv-07332 (PAE) (BCM)

**NOTICE OF MOTION FOR ENTRY OF JUDGMENT**

      **PLEASE TAKE NOTICE** that upon the Declaration of Aaron B. Schweitzer, Plaintiff's Memorandum of Law and all prior papers and proceedings herein, Plaintiff YI MEI KE a/k/a Yimei Ke ("Plaintiff" or "Ke") hereby moves this Court before the Honorable Paul A. Engelmayer, United States District Judge, in the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, for entry of a judgment in favor of Plaintiff and against Defendants JR SUSHI 2 INC d/b/a JR Sushi 2 ("JR Sushi"), KAI TUAN WANG ("Wang"), and RUI YANG a/k/a Ruifeng Yang a/k/a Rui Feng Yang a/k/a Jane Doe ("Yang") (JR Sushi, Wang, and Yang collectively "Liable Defendants"), and in favor of Defendant FAMOUS SICHUAN NEW YORK INC d/b/a Famous Sichuan ("Famous Sichuan") and against Plaintiff, following trial and return of a special verdict pursuant to Rule 58(b)(2)(A) of the Federal Rules of Civil Procedure.

1

Dated: Flushing, New York
November 26, 2025

                                       TROY LAW, PLLC

                                       */s/ Aaron B. Schweitzer*
                                       Aaron B. Schweitzer
                                       John Troy
                                       Tiffany Troy
                                       41-25 Kissena Boulevard
                                       Suite 110
                                       Flushing, NY 11355
                                       (718) 762-1324
                                       troylaw@troypllc.com
                                       *Attorneys for the Plaintiff*