UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YI MEI KE,

Plaintiff,

-v-

JR SUSHI 2 INC, FAMOUS SICHUAN NEW YORK INC, KAI TUAN WANG, *and* RUI YANG,

Defendants.

---

19 Civ. 7332 (PAE)

JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED: that plaintiff Yi Mei Ke ("Ke") has judgment against defendants JR Sushi 2 Inc d/b/a JR Sushi 2 ("JR Sushi"), Kai Tuan Wang ("Wang"), and Rui Yang a/k/a Ruifeng Yang a/k/a Rui Feng Yang ("Yang") (collectively, the "liable defendants"), in the amount of $311,280.42, exclusive of post-judgment interest and attorney's fees and costs. This amount consists of:

- $109,987.15 in unpaid minimum, overtime, and spread-of-hours wages;

- $81,306.12 in prejudgment interest, *see* N.Y. Lab. L. ("NYLL") § 663(1); N.Y. C.P.L.R. § 5004(a);

- $109,987.15 in liquidated damages, *see* NYLL §§ 198(1-a), 663(1); and

- $10,000 in statutory damages, *id.* §§ 195(1)(a), 195(3), 198(1-b), 198(1-d).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that Ke be awarded post-judgment interest against the liable defendants, as calculated under 28 U.S.C. § 1961.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that if any amounts remain unpaid upon the expiration of 90 days after entry of this judgment, or 90 days after expiration of the time to appeal and no appeal is then pending—whichever is later—the total amount of judgment shall automatically increase by fifteen percent, pursuant to NYLL § 198(4).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED: that defendant Famous Sichuan New York Inc d/b/a Famous Sichuan has judgment against Ke, and is hereby dismissed with prejudice.

The Clerk of Court is respectfully directed to enter judgment.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 1, 2026
       New York, New York