UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YI MEI KE,

                                    Plaintiff,

        -v-

JR SUSHI 2 INC, KAI TUAN WANG, *and* RUI YANG,

                                    Defendants.

19 Civ. 7332 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court hereby sets the following briefing schedule for plaintiff Yi Mei Ke's anticipated motion for attorney's fees and costs:

- By July 10, 2026, Ke shall file any such motion;

- By July 17, 2026, defendants shall oppose;

- By July 22, 2026, Ke shall file any reply.

SO ORDERED.

                                    _Paul A. Engelmayer_
                                    PAUL A. ENGELMAYER
                                    United States District Judge

Dated: July 1, 2026
       New York, New York